1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

STEPHEN ALAN KELLOGG,

Plaintiff,

v.

UNITED STATES DEPARTMENT OF
JUSTICE *et al.*,

Defendants.

Case No.  C05-5378FDB

ORDER GRANTING I.F.P.
APPLICATION

Plaintiff's application for leave to proceed *in forma pauperis* (Doc. 1) is **GRANTED**.  Plaintiff is currently detained at Western State Hospital in Tacoma, and plaintiff does not appear to have funds available to afford the $250.00 filing fee.  Plaintiff shall note that leave to proceed as a pauper does not necessarily entitle plaintiff to a waiver of any other cost(s) of litigation.

The Clerk is directed to mail a copy of this Order to plaintiff.


DATED this 23rd day of June, 2005.


*/S/ J. Kelley Arnold*
J. Kelley Arnold
United States Magistrate Judge

ORDER
Page - 1