UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STEPHEN A. KELLOGG,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE, *et al.*,<br><br>　　　　　　Defendants. | Case No.  C05-5378FDB<br><br>ORDER DISMISSING **FRIVOLOUS COMPLAINT PURSUANT TO 28 U.S.C. § 1915** |

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Kelley Arnold and the remaining record, and no objections having been filed, does hereby find and ORDER:

(1)　The Court adopts the Report and Recommendation;

(2)　Plaintiff's complaint is DISMISSED;

(3)　The Clerk is directed to terminate this action pursuant to **28 U.S.C. § 1915(e)** and to count this as a dismissal under **28 U.S.C. § 1915(g)**; and

(4)　The Clerk is directed to send copies of this Order to plaintiff and to the Hon. J. Kelley Arnold.

DATED this 3rd day of November 2005.

　　　　　　　　　　　　　　　　　/s/ Franklin D. Burgess
　　　　　　　　　　　　　　　　　FRANKLIN D. BURGESS
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ORDER
Page - 1